Dismissed and Opinion filed January 16, 2003









Dismissed and Opinion filed January 16, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00767-CV

____________

 

JOHN
HATTON, Appellant

 

V.

 

DANIEL
D. GRIGAR, Appellee

 



 

On Appeal from the 268th District Court

Fort
Bend County, Texas

Trial Court Cause No. 98,376

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a temporary injunction entered on June
28, 2002.  In the temporary injunction,
the trial court set the cause for trial on December 16, 2002.  On December 20, 2002, the trial court issued
a permanent injunction in this cause.








If, while on the appeal of the granting or denying of the
temporary injunction, the trial court renders final judgment, the case on
appeal becomes moot.  Isuani v. Manske‑Sheffield Radiology Group, P.A., 802
S.W.2d 235, 236 (Tex. 1991).  When
a case becomes moot on appeal, all previous orders pertaining to the temporary
injunction are set aside by the appellate court and the case is dismissed.  Id.

Accordingly, the appeal is dismissed as moot.  

 

PER CURIAM

 

Judgment rendered and Opinion
filed January 16, 2003.

Panel consists of Justices
Edelman, Seymore, and Guzman.